# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00054-CV

**Lauren W. Meuth, Appellant**

**v.**

**Adam W. Meuth, Appellee**

### FROM THE COUNTY COURT AT LAW OF BASTROP COUNTY
### NO. 14-16533, THE HONORABLE BONNIE HELLUMS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Lauren W. Meuth has filed a motion to challenge the trial court's order sustaining the court reporter's contest to her statement of inability to afford payment of court costs. Appellant filed the statement of inability to pay when she filed her notice of appeal from the trial court's September 25, 2018 final judgment in the underlying case, which was docketed in this Court as No. 03-18-00860-CV, *Meuth v. Meuth*. The Court dismissed that appeal for want of jurisdiction on January 25, 2019, and today the Court denied appellant's motion for rehearing of the dismissal. Accordingly, we dismiss as moot appellant's motion to challenge the trial court's order sustaining the indigency contest because appellant no longer has an appeal pending for which costs are due.

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed as Moot

Filed:   March 15, 2019